GARBARINI & SHER, P.C.
Yuval D. Bar-Kokhba (YB-9109)
Christine E. Fernandez (CF-7138)
Attorneys for Plaintiff
Z. Paul Lorenc, M.D.
432 Park Avenue South, 9th Floor
New York, New York 10016-8013
(212) 689-1113
Ybar-kokhba@garbarini-scher.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z. PAUL LORENC, M.D., <br><br> Plaintiff, <br><br> -against- <br><br> MICROAIRE SURGICAL INSTRUMENTS, LLC, SHERWOOD PARTNERS, LLC f/k/a SHERWOOD PARTNERS, INC., JOHN DOES 1 - 50, <br><br> Defendants. | Docket No. 11-CIV-2413 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby agreed and consented to by counsel for the undersigned parties that this action, including all claims, causes of action, and counterclaims, is dismissed, WITH PREJUDICE and without costs, disbursements, expenses, and attorneys' fees as against any party, pursuant to Fed. R. Civ. P. 41(a)(2) and (c).

Dated: June 30, 2011                    **Garbarini & Scher, P.C.**

                                        By: _____
                                        Yuval D. Bar-Kokhba
                                        432 Park Avenue South, 9th Floor
                                        New York, New York 10016-8013
                                        Attorneys for Plaintiff
                                        Z. Paul Lorenc, M.D.

Dated: June 30 2011

Thompson Coburn, LLP

By: _____
Attorneys for Defendants MicroAire Surgical Instruments, LLC and John Does 1 – 50

Dated: June 30, 2011

COHEN TAUBERSPIEVACK & WAGNER P.C.

By: _____
Attorneys for Defendant Sherwood Partners, LLC

SO ORDERED:

- 16 -